In re: BOY SCOUTS OF AMERICA; DELAWARE BSA LLC,

　　　　　　　　　　　　　　　　　　　　　Debtors


NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PENNSYLVANIA;
LEXINGTON INSURANCE COMPANY; LANDMARK INSURANCE COMPANY;
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

　　　　　　　　　　　　　　　　　　　　　Appellants