OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 11, 2023

Theodore J. Boutrous Jr., Esq.
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

Richard J. Doren, Esq.
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

Blaine H. Evanson, Esq.
Gibson Dunn & Crutcher
3161 Michelson Drive
Suite 1200
Irvine, CA 92612

Susan N.K. Gummow, Esq.
Foran Glennon Palandech Ponzi & Rudloff
222 N LaSalle Street
Suite 1400
Chicago, IL 60601

James L. Hallowell, Esq.
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Mitchell A. Karlan, Esq.
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Deirdre Richards, Esq.
Fineman Krekstein & Harris

1300 N King Street
Wilmington, DE 19801

Seth M. Rokosky, Esq.
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Michael A. Rosenthal, Esq.
Gibson Dunn & Crutcher
2001 Ross Avenue
Suite 2100
Dallas, TX 75201

RE: Boy Scouts of America and Delaware BSA LLC
Case Number: 23-1668
District Court Case Number: 1-22-cv-01237

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** See **3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **National Union Fire Insurance Co of Pittsburgh Pennsylvania, Lexington Insurance Co, Insurance Co of the State of Pennsylvania, Landmark Insurance Co**, docketed at **No. 23-1668**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

**Counsel for Appellant**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.

These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)

These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Stephanie
Case Manager
267-299-4926

kr/cc: All Counsel of Record